

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00313-CV

**IN THE INTEREST OF M.H.**, A Child,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15779
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

     The clerk's record was due May 29, 2014, but it was not filed. The Bexar County District Clerk has filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

     We order appellant to provide written proof to this court on or before **June 10, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court